UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TIFFINY LASHEA BELL, ET AL.                    CIVIL ACTION

VERSUS                                          NO. 17-8985

ETOWAH COUNTY DETENTION                    SECTION "R" (1)
CENTER, ET AL.

## ORDER

Plaintiff Tiffiny Lashea Bell filed this *pro se* complaint under 42 U.S.C. § 1983 on behalf of herself and other individuals.[1] Having reviewed *de novo* the complaint, the record, and the Magistrate Judge's unopposed Report and Recommendation,[2] the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

IT IS ORDERED that plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this ___4th___ day of December, 2017.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]     R. Doc. 1.
[2]     R. Doc. 5.